FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 04 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

BELDA SHIPPING S.A.,

        Plaintiff,

v.

TADEMA SHIPPING AND LOGISTIC INC.
(a/k/a TADEMA SHIPPING & LOGISTIC
INC, a/k/a TADEMA SHIPPING &
LOGISTICS INC),

TALEVERAS PETROLEUM TRADING B.V.
(a/k/a TALAVERAS PETROLEUM
TRADING, a/k/a TALEVERAS
PETROLEUM TRADING, a/k/a
TALEVERAS PETROLEUM TRADING
LTD),

TALEVERAS PETROLEUM TRADING
DMCC,

and

TALEVERAS GROUP OF COMPANIES,
LTD,

    AND

IGHO CHARLES SANOMI II,

        Defendants.

-------------------------------------------------------x

Civil Action No. 16-cv-04353 - DLI

IN ADMIRALTY

## ORDER AUTHORIZING ISSUANCE
## OF WRIT OF MARITIME GARNISHMENT

Upon consideration of the Verified Complaint filed by Plaintiff and the Court having found that the conditions required by Supplemental Rule for Certain Admiralty and Maritime Claims B exist, NOW, it is hereby,

**O R D E R E D**, that the Clerk of this Court is directed forthwith to issue pursuant to Supplemental Rule B, as detailed in the Verified Complaint, Process of Maritime Attachment and Garnishment for all assets, cash, funds, credits, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendants Tadema Shipping and Logistics Inc., Taleveras Petroleum Trading B.V., Taleveras Petroleum Trading DMCC, Taleveras Group of Companies, Ltd. and/or Igho Charles Sanomi II, including a cargo of crude oil or other petroleum products presently aboard the M/T TORM MARY currently at anchor off Long Beach within this District and/or security posted in lieu of said cargo, and including but not limited to any such other assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, in the amount of **$600,000.00**, and said Order being equally applicable with respect to the issuance and service of additional writs of maritime attachment and garnishment upon any garnishees in this District not named herein, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further,

**O R D E R E D** that supplemental process enforcing the Court's Order may be issued and served without further Order of the Court; and it is further

**O R D E R E D**, that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the garnishment or attachment should not be vacated or other relief granted; and it is further,

O R D E R E D that supplemental or further writs of maritime attachment and garnishment may be issued by the Clerk upon application without further Order of the Court; and it is further,

O R D E R E D that Michael E. Unger, Michael Dehart, William H. Yost, Matthew Pallay, Joanie Sorrentino or any other partner, associate, paralegal or other agent of Freehill, Hogan & Mahar LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and the Verified Complaint, together with a copy of this Order and any interrogatories, upon garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for, or on behalf of the Defendants; and it is further

O R D E R E D that following initial service upon any garnishee by the United States Marshal or any other person designated by this or any subsequent Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, such service to be in accordance with each garnishee's preference or policy, and such facsimile or other electronic transmission shall be deemed to be made within the district if it has been sent from within the district; and it is further

O R D E R E D that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service, and it is further deemed to be effective through the end of the next business day, provided another service is made the next business day.

**O R D E R E D**, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each Garnishee may consent, in writing, to accept service by any other means; and it is further,

DONE AND ORDERED this 4th day of August, 2016.

Brooklyn, NY

Re: 16-CV-4353

_s/Chief Judge Dora L. Irizarry_
Chief UNITED STATES DISTRICT JUDGE